JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARMAINE SMITH,<br><br>Plaintiff,<br><br>v.<br><br>DEPUTY MARTINEZ,<br><br>Defendant. | NO. EDCV 18-2103-PSG (AGR)<br><br>ORDER OF DISMISSAL |

On December 27, 2018, the Court dismissed Plaintiff's First Amended Complaint with leave to file a Second Amended Complaint within 30 days after entry of the order. The Court warned Plaintiff that failure to file a timely Second Amended Complaint may result in dismissal of the complaint. (Dkt. No. 9.)

Plaintiff failed to file a Second Amended Complaint or request an extension of time to do so.

Accordingly, IT IS ORDERED that this action is DISMISSED.

**IT IS SO ORDERED.**

DATED: 2/21, 2019

PHILIP S. GUTIERREZ
United States District Judge